IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AARON WALLACE,

    Plaintiff,

vs.

MARIN COUNTY SUPERIOR COURT, et al.,

    Defendants.

No. C 11-05732 YGR (PR)

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

    Plaintiff, a state prisoner, filed the present *pro se* prisoner complaint under 42 U.S.C. § 1983. On November 30, 2011, Plaintiff filed a completed *in forma pauperis* application; however, his certificate of funds was not signed by an authorized officer at the institution of his confinement, and he failed to file a prisoner trust account statement. On the same date, November 30, 2011, the Clerk of the Court notified Plaintiff of the deficiencies in his application and directed him to file the necessary documents.

    On January 25, 2012, the Clerk sent a second notice to Plaintiff, again informing him that his *in forma pauperis* application was deficient because of his failure to file a certificate of funds signed by an authorized officer or a prisoner trust account statement. The Clerk further informed him that his action could not forward until he filed the necessary documents within thirty days, and that his failure to do so would result in dismissal of this action. More than thirty days have passed and Plaintiff has not filed copies of these documents.

    Accordingly, this action is DISMISSED WITHOUT PREJUDICE. Plaintiff's *in forma pauperis* application is DENIED as incomplete. The Clerk shall enter judgment, terminate all pending motions, and close the file.

    IT IS SO ORDERED.

DATED: March 2, 2012

                                                   YVONNE GONZALEZ ROGERS
                                                   UNITED STATES DISTRICT COURT JUDGE